# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARRIS MONROE

NO. 2023 KW 1349

**MARCH 22, 2024**

---

In Re:     Jarris Monroe, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 903021.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**


**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information or indictment, the commitment order, the district court's ruling on the motion at issue, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

> **PMc**
> **CHH**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT